NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-676

ROBERT J. OWENS AND ETHEL OWENS

VERSUS

BOH BROS. CONSTRUCTION CO., INC., CITGO PIPELINE COMPANY
AND CITGO PETROLEUM CORPORATION

**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 97-5246
HONORABLE ALCIDE JOSEPH GRAY, DISTRICT JUDGE

**********

NED E. DOUCET, JR.
CHIEF JUDGE

**********

Court composed of Ned E. Doucet, Jr., Chief Judge, Sylvia R. Cooks, and Michael G. Sullivan, Judges.

AFFIRMED.

Lawrence S. Kullman
601 Poydras St., #2615
New Orleans, LA 70130
Counsel for: Third Party-Appellant
        Boh Bros. Construction Co., Inc.

Otis Edwin Dunahoe  Jr.
P. O. Box 607
Natchitoches, LA 71458-0607
Counsel for: Plaintiffs-Appellees
        Robert J. and Ethel Owens

James R. Shelton
P. O. Box 51308
Lafayette, LA 70505-1308
Counsel for: Defendant-Appellee
        Anesthesia Associates, Inc., Dr. Patrick Walken and James Landreneau

**Benjamin Joseph Guilbeau**
**P. O.  Box 2900**
**Lake Charles, LA 70602-2900**
**Counsel for: Defendant-Appellee**
         **Lake Charles Memorial Hospital**